IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANDREA LANG                                                              PLAINTIFF

v.                          No. 4:20-cv-1457-DPM

ENGAGEMED, INC., and ARKANSAS
FAMILY CARE NETWORK P.A.                                          DEFENDANTS

JUDGMENT

Lang's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 July 2021